# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2007

132854

GLORIA MARTINI,
      Plaintiff-Appellee,

v

HENRY FORD HEALTH SYSTEM,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 132854
COA: 270818
WCAC: 05-000023

On order of the Court, the application for leave to appeal the November 22, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2007

                   Clerk

t0319